## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| FRANCISCO MENDEZ, WALTER PEREZ, VERONICA ORTIZ, ISABEL CABEZA, MOISES ALVAREZ, JOSE RODRIGUEZ, ALBA TELETOR, and ALICIA MORENO, individually, and a class of similarly situated persons, | Case No. 07-CV-3986 RHK/AJB |
| Plaintiffs, | **ORDER** |
| v. | |
| Faribault Foods, Inc., | |
| Defendant. | |

Defendant Faribault Foods, Inc. ("Faribault Foods"), through its counsel Faegre & Benson LLP, and Plaintiffs, Francisco Mendez, Walter Perez, Veronica Ortiz, Isabel Cabeza, Moises Alvarez, Jose Rodriguez, Alba Teletor, and Alicia Moreno, individually, and a class of similarly situated persons, through their counsel Nichols, Kaster & Anderson, PLLP, hereby submit this Stipulation for Extension of Time to Issue Notice of Proposed Settlement to Federal and State Officials under the Class Action Fairness Act, 28 U.S.C. § 1711 et seq., until November 9, 2007.

The Parties' Stipulation is GRANTED and IT IS HEREBY ORDERED THAT Faribault Foods shall have until November 9, 2007, to issue its notice under the Class Action Fairness Act.

Dated: 11/7, 2007

s/Richard H. Kyle
Richard H. Kyle
United States District Court Judge