**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

                     Plaintiff,                Civil No. 07-cv-3976 (RHK/AJB)

v.

FARIBAULT FOODS, INC.,

                     Defendant.

**and**                                                   **RELATED**

FRANCISCO MENDEZ, WALTER PEREZ,
VERONICA ORTIZ, ISABEL CABEZA,
MOISES ALVAREZ, JOSE RODRIGUEZ,
ALBA TELETOR, and ALICIA MORENO,
individually, and a class of similarly situated
persons,

                     Plaintiffs,               Civil No. 07-cv-3986 (RHK/AJB)

v.

FARIBAULT FOODS, INC.,

                     Defendant.

---

**ORDER RESCHEDULING HEARING DATE**

---

On October 18, 2007, the Court signed the parties' consent decree in the above captioned lawsuits. The consent decree states that "[t]he Court will conduct a hearing on the fairness of this Decree on March 20, 2008, at 8:00 a.m." Notice of the settlement, which indicates the fairness hearing date, has not yet been mailed to the settlement class members. The parties have requested that the hearing date be rescheduled to March 28,


CASE 0:07-cv-03986-RHK-AJB Document 12 Filed 11/26/07 Page 2 of 2

2008, at 8:00 a.m.

It is therefore **ORDERED**:

That the Court's hearing on the fairness of this Decree is rescheduled to March 28, 2008, at 8:00 a.m.


Dated: November 26, 2007

                                                s/Richard H. Kyle
                                                RICHARD H. KYLE
                                                United States District Judge